# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

ALEJANDRA OLIVARES,

      Plaintiffs,

v.     CV No. 21-197 MV/CG

KILOLO KIJAKAZI,[1]
Commissioner of the
Social Security Administration,

      Defendant.

## ORDER GRANTING UNOPPOSED MOTION TO EXTEND BRIEFING DEADLINES

**THIS MATTER** is before the Court upon Plaintiff Alejandra Olivares's *Unopposed Motion Out of Time to Extend Time for Fling Reply Brief*, (Doc. 24), filed April 5, 2022. In the Motion, Ms. Olivares asks the Court to extend the deadline for her to file her reply brief due to workload and unforeseen circumstances. *Id.* at 1. The Court, having reviewed the Motion and noting it is unopposed, finds the Motion shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Ms. Olivares shall file her reply brief by no later than **April 18, 2022**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] Kilolo Kijakazi was appointed Acting Commissioner of the Social Security Administration on July 9, 2021.