IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ALEJANDRA OLIVARES,

       Plaintiff,

v.                                                                                                  No. CV 21-197 MV/CG

KILOLO KIJAKAZI,[1]
Commissioner of the
Social Security Administration,

       Defendant.

## ORDER ADOPTING CHIEF MAGISTRATE JUDGE'S
## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** is before the Court on the Chief Magistrate Judge's *Proposed Findings and Recommended Disposition* (the "PFRD"), (Doc. 28), filed May 11, 2022. In the PFRD, the Chief Magistrate Judge recommended that Plaintiff's *Motion to Remand or Reverse Agency Decision*, (Doc. 20), be granted. (Doc. 28 at 18). The parties were notified that written objections to the PFRD were due within fourteen days. *Id*. No objections have been filed and the deadline has passed. The recommendation of the Chief Magistrate Judge is therefore adopted by this Court.

       **IT IS THEREFORE ORDERED** that Plaintiff's *Motion to Remand or Reverse Agency Decision*, (Doc. 20), is **GRANTED**.

       **IT IS SO ORDERED**.

_____
THE HONORABLE MARTHA VÁZQUEZ
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Kilolo Kijakazi was appointed Acting Commissioner of the Social Security Administration on July 9, 2021.